# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 17-4768-JFW (JEMx)** | Date: August 22, 2017 |

Title: Sompo Japan Insurance Company of America, Inc., et al. *-v-* BNSF Railway Company, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **FURTHER ORDER TO SHOW CAUSE RE: MISJOINDER**

On August 15, 2017, the Court ordered Plaintiffs to show cause, in writing, no later than August 22, 2017, why one or more Plaintiffs and/or why one or more Defendants should not be severed from this action as a result of misjoinder. On August 21, 2017, Plaintiffs filed their Response to the Order to Show Cause. The Court finds that Response insufficient, and orders Plaintiffs to file, on or before **August 29, 2017**, a further response to the Court's Order to Show Cause, which not only demonstrates that the claims arise out of the same transaction or occurrence, but also specifically identifies the questions of law or fact common to all Plaintiffs and all Defendants that will arise in the action. *See* Fed. R. Civ. P. 20(a). In addition, the Court orders Plaintiffs to file a First Amended Complaint on or before **August 29, 2017**, which includes facts demonstrating that the requirements of Federal Rule of Civil Procedure 20(a) are met.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the further response to the Order to Show Cause. Failure to respond to the Order to Show Cause and failure to file the First Amended Complaint required by this Order will result in the severance of one or more parties or the dismissal of this action.

IT IS SO ORDERED.